**Motions Granted; Appeal Dismissed and Memorandum Opinion filed April 3, 2012.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-12-00134-CV

---

### HARTFORD FINANCIAL SERVICES GROUP, INC., Appellant

### V.

### JOSE LUIS SANCHEZ, ET. AL., Appellees

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2010-15489**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted interlocutory appeal of an order signed January 30, 2012, denying a stay of proceedings in the underlying case. Appellees' motions to dismiss are granted. The appeal is dismissed for want of jurisdiction and the temporary stay ordered February 17, 2012 is lifted.


PER CURIAM


Panel consists of Justices Seymore, Boyce, and Christopher.